# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX, and NJ

NOE BARBAN
PARALEGAL
DIRECT 612-383-1866
1-888-847-8517 EXT. 866
NOE@FIELDSLAW.COM

March 5, 2024

The Honorable Judge Ada Brown
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, Texas 75242-1003                                              *VIA ECF*

RE:     Pinzer, et al. v. Equifax Information Services LLC, et al.
        Court File No. 3:23-cv-2639

Dear Judge Brown:

Please be advised that Plaintiffs' Brad Pinzer and Erika Pinzer, and Defendant Equifax Information Services LLC, have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendant Nationstar Mortgage LLC still remains, and Plaintiff has not settled the claims with this Defendant.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/nb
Attorney

cc: All Counsel (via ECF)