# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX, and NJ

NOE BARBAN
PARALEGAL
DIRECT 612-383-1866
1-888-847-8517 EXT. 866
NOE@FIELDSLAW.COM

August 6, 2024

The Honorable Judge Ada Brown
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, Texas 75242-1003

*VIA ECF*

RE:   Pinzer, et al. v. Equifax Information Services LLC, et al.
      Court File No. 3:23-cv-2639

Dear Judge Brown:

Please be advised that Plaintiffs' Brad Pinzer and Erika Pinzer, and Defendant Nationstar Mortgage LLC, successor by merger to Pacific Union Financial, LLC, have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 60 days. No other defendants remain.


Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/nb
Attorney

cc: All Counsel (via ECF)